| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
October 27, 2017
David J. Bradley, Clerk

BLCW, LLC, §
§
      Plaintiff, §
§
versus §    Civil Action H-17-2866
§
Mesa Underwriters Speciality §
Insurance Company, et al., §
§
      Defendant. §

## Final Dismissal

Having been advised that BLCW, LLC, no longer wishes to pursue its claims against Mesa Underwriters Speciality Insurance Company, Prodigy Assurance Adjusters, and Don Elkinton, the claims between them are dismissed with prejudice. (10)

Signed on October 27, 2017, at Houston, Texas.

                                          Lynn N. Hughes
                                  United States District Judge